UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

In re: § Case No. 2:11-bk-24452-SSC
§
JUAN RAMIREZ CARRILLO §
REBECCA P. CARRILLO §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

Roger W. Brown, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | $22,950.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $526.64 | Claims Discharged Without Payment: | $68,026.52 |
| Total Expenses of Administration: | $523.36 | | |

3) Total gross receipts of $1,050.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,050.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

Case 2:11-bk-24452-SSC    Doc 51    Filed 08/02/13    Entered 08/02/13 08:37:36    Desc
Page 1 of 8

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $523.36 | $523.36 | $523.36 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $52,812.00 | $15,741.16 | $15,741.16 | $526.64 |
| **Total Disbursements** | $52,812.00 | $16,264.52 | $16,264.52 | $1,050.00 |

4). This case was originally filed under chapter 7 on 08/25/2011. The case was pending for 23 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/09/2013     By:  /s/ Roger W. Brown
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2011 TAX REFUNDS | 1224-000 | $1,050.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,050.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS
NONE

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Roger W. Brown, Trustee | 2100-000 | NA | $202.50 | $202.50 | $202.50 |
| Roger W. Brown, Trustee | 2200-000 | NA | $49.32 | $49.32 | $49.32 |
| Integrity Bank | 2600-000 | NA | $11.54 | $11.54 | $11.54 |
| CLERK, U.S. BANKRUPTCY COURT | 2700-000 | NA | $260.00 | $260.00 | $260.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $523.36 | $523.36 | $523.36 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CAPITAL ONE BANK (USA) N.A. | 7100-000 | NA | $4,831.99 | $4,831.99 | $161.66 |
| 2 | ECAST SETTLEMENT CORPORATION | 7100-000 | NA | $10,909.17 | $10,909.17 | $364.98 |

| | | | | | |
|---|---|---|---|---|---|
| Cap One | 7100-000 | $4,538.00 | NA | NA | $0.00 |
| Chase | 7100-000 | $20,827.00 | NA | NA | $0.00 |
| Dish Network | 7100-000 | $16.00 | NA | NA | $0.00 |
| Hfc | 7100-000 | $0.00 | NA | NA | $0.00 |
| Hsbc/Suzki | 7100-000 | $14,477.00 | NA | NA | $0.00 |
| Huntington National Ba | 7100-000 | $12,399.00 | NA | NA | $0.00 |
| QWEST | 7100-000 | $108.00 | NA | NA | $0.00 |
| Sonora Quest Laboratories | 7100-000 | $208.00 | NA | NA | $0.00 |
| Us Bank | 7100-000 | $239.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $52,812.00 | $15,741.16 | $15,741.16 | $526.64 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1  Exhibit 8

| Case No.: | 11-24452-PHX SSC | Trustee Name: | Roger W. Brown |
| Case Name: | CARRILLO, JUAN RAMIREZ AND CARRILLO, REBECCA P. | Date Filed (f) or Converted (c): | 08/25/2011 (f) |
| For the Period Ending: | 7/9/2013 | §341(a) Meeting Date: | 09/30/2011 |
| | | Claims Bar Date: | 12/06/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  BANK ACCOUNTS | $175.00 | $0.00 | | $0.00 | FA |
| 2  RENT DEPOSIT | $150.00 | $0.00 | | $0.00 | FA |
| 3  HOUSEHOLD GOODS & FURNISHINGS | $595.00 | $0.00 | | $0.00 | FA |
| 4  BOOKS | $30.00 | $0.00 | | $0.00 | FA |
| 5  WEARING APPAREL | $75.00 | $0.00 | | $0.00 | FA |
| 6  WEDDING RINGS | $30.00 | $0.00 | | $0.00 | FA |
| 7  HOBBY EQUIPMENT | $20.00 | $0.00 | | $0.00 | FA |
| 8  2002 GMC YUKON | $5,000.00 | $0.00 | | $0.00 | FA |
| 9  1997 FORD PU | $200.00 | $0.00 | | $0.00 | FA |
| 10 PET | $0.00 | $0.00 | | $0.00 | FA |
| 11 2011 TAX REFUNDS (u) | $0.00 | $1,050.00 | | $1,050.00 | FA |
| 12 INTEREST (u) | $0.00 | $0.00 | | $0.00 | FA |
| **TOTALS (Excluding unknown value)** | **$6,275.00** | **$1,050.00** | | **$1,050.00** | **Gross Value of Remaining Assets** **$0.00** |

**Major Activities affecting case closing:**
2011 TAX RETURNS- REMINDER LETTER SENT 5/30

**Initial Projected Date Of Final Report (TFR):** 03/31/2013    **Current Projected Date Of Final Report (TFR):** 03/31/2013

/s/ ROGER W. BROWN
ROGER W. BROWN

Case 2:11-bk-24452-SSC    Doc 51    Filed 08/02/13    Entered 08/02/13 08:37:36    Desc
Page 5 of 8

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-24452-PHX SSC | Trustee Name: | Roger W. Brown |
|---|---|---|---|
| Case Name: | CARRILLO, JUAN RAMIREZ AND CARRILLO, REBECCA P. | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | ******5304 | Checking Acct #: | ******4452 |
| Co-Debtor Taxpayer ID #: | ******5305 | Account Title: | |
| For Period Beginning: | 8/25/2011 | Blanket bond (per case limit): | $85,026,813.00 |
| For Period Ending: | 7/9/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/29/2012 | (11) | JUAN CARRILLO | | 1224-000 | $1,050.00 | | $1,050.00 |
| 08/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.05 | $1,049.95 |
| 09/30/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.63 | $1,048.32 |
| 10/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.69 | $1,046.63 |
| 11/30/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.63 | $1,045.00 |
| 12/31/2012 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.68 | $1,043.32 |
| 01/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.68 | $1,041.64 |
| 02/28/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.51 | $1,040.13 |
| 03/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.67 | $1,038.46 |
| 06/14/2013 | 101 | Roger W. Brown | Trustee Compensation | 2100-000 | | $202.50 | $835.96 |
| 06/14/2013 | 102 | Roger W. Brown | Trustee Expenses | 2200-000 | | $49.32 | $786.64 |
| 06/14/2013 | 103 | CLERK, U.S. BANKRUPTCY COURT | Final Distribution on Claim #: 20000; | 2700-000 | | $260.00 | $526.64 |
| 06/14/2013 | 104 | CAPITAL ONE BANK (USA) N.A. | Final Distribution on Claim #: 1; | 7100-000 | | $161.66 | $364.98 |
| 06/14/2013 | 105 | ECAST SETTLEMENT CORPORATION | Final Distribution on Claim #: 2; | 7100-000 | | $364.98 | $0.00 |

SUBTOTALS  $1,050.00  $1,050.00

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-24452-PHX SSC | Trustee Name: | Roger W. Brown |
|---|---|---|---|
| Case Name: | CARRILLO, JUAN RAMIREZ AND CARRILLO, REBECCA P. | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | ******5304 | Checking Acct #: | ******4452 |
| Co-Debtor Taxpayer ID #: | ******5305 | Account Title: | |
| For Period Beginning: | 8/25/2011 | Blanket bond (per case limit): | $85,026,813.00 |
| For Period Ending: | 7/9/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $1,050.00 | $1,050.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $1,050.00 | $1,050.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $1,050.00 | $1,050.00 | |

| For the period of 8/25/2011 to 7/9/2013 | | For the entire history of the account between 08/29/2012 to 7/9/2013 | |
|---|---:|---|---:|
| Total Compensable Receipts: | $1,050.00 | Total Compensable Receipts: | $1,050.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,050.00 | Total Comp/Non Comp Receipts: | $1,050.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,050.00 | Total Compensable Disbursements: | $1,050.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,050.00 | Total Comp/Non Comp Disbursements: | $1,050.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-24452-PHX SSC | Trustee Name: | Roger W. Brown |
| --- | --- | --- | --- |
| Case Name: | CARRILLO, JUAN RAMIREZ AND CARRILLO, REBECCA P. | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | ******5304 | Checking Acct #: | ******4452 |
| Co-Debtor Taxpayer ID #: | ******5305 | Account Title: | |
| For Period Beginning: | 8/25/2011 | Blanket bond (per case limit): | $85,026,813.00 |
| For Period Ending: | 7/9/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- | --- |
|  |  | $1,050.00 | $1,050.00 | $0.00 |

**For the period of 8/25/2011 to 7/9/2013**

| | |
| --- | --- |
| Total Compensable Receipts: | $1,050.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,050.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,050.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,050.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/25/2011 to 7/9/2013**

| | |
| --- | --- |
| Total Compensable Receipts: | $1,050.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,050.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,050.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,050.00 |
| Total Internal/Transfer Disbursements: | $0.00 |